TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
STACY WIESBROCK, CSBN 257920
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4865
    Facsimile: (415) 744-0134
    Email: stacy.wiesbrock@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| N.A.M.E., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 5:18-cv-01358-E <br><br> [~~PROPOSED~~] <br> **JUDGMENT** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    The Court having approved the parties' stipulation to reopen this case for
2 the purpose of entering judgment for Plaintiff, hereby grants judgment for
3 Plaintiff.
4
5  DATED: 10/21/21                         /S/ CHARLES F. EICK
6                                          HON. CHARLES F. EICK
7                                          UNITED STATES MAGISTRATE JUDGE